UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

KEVIN CONNOLLY,

            Plaintiff,

v.

P & D MANAGEMENT, LLC D/B/A
MCDONALD'S OF WALPOLE,

            Defendant.

CIVIL ACTION NO.

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441(a), and 1446, and Local Rule 81.1, the Defendant P&D Management, LLC d/b/a McDonald's of Walpole ("Defendant" or "P&D"), through undersigned counsel, hereby removes this case from the Superior Court Department of the Trial Court of the Commonwealth of Massachusetts, Norfolk County, to the United States District Court for the District of Massachusetts. As grounds for removal, the Defendant states as follows:

1. On or about January 2, 2019, the Plaintiff, Kevin Connolly, filed a Complaint against the Defendant in the Norfolk County Superior Court, Civil Action No. 1882CV01661, styled as *Kevin Connolly v. P & D Management d/b/a McDonald's of Walpole* (hereinafter, the "State Court Action"). The Complaint is attached hereto as Exhibit A.

2. The Defendant was served with a copy of the Complaint, a Summons, and Consent to Sue in the State Court Action on February 19, 2019.  The Summons is attached hereto as Exhibit B and the Consent to Sue as Exhibit C.

3. Undersigned counsel filed a Notice of Appearance and Stipulation to Extend Time to Answer or Otherwise Respond to the Complaint on or about March 7, 2019.[1]  The Notice of Appearance is attached hereto as Exhibit D, and the Stipulation as Exhibit E.

4. A copy of the Complaint and all other process, pleadings, and orders served upon the Defendant in the State Court Action are being filed with this Court as the following exhibits to this Notice of Removal:

   a.  Complaint – Exhibit A

   b.  Summons – Exhibit B

   c.  Consent to Sue – Exhibit C

   d.  Notice of Appearance – Exhibit D

   e.  Stipulation to Extend Time – Exhibit E

   f.  State Court Action Docket – Exhibit F

5. The Defendant has not been served with or received any other pleadings or filings in the State Court Action.   The only additional process, pleadings, or orders that Defendant is aware have been entered in the State Court Action are the Tracking Order and the Civil Action Cover Sheet, which were entered on the State Court

---

[1] The Notice of Appearance of Rebecca J. Wilson and the Stipulation are not docketed in the State Court Action.  The Norfolk County Superior Court Clerk requested original signatures from Rebecca J. Wilson as to her Notice of Appearance and by Plaintiff's counsel on the Stipulation before docketing; however, this Notice of Removal makes such additional filings unnecessary.

Action docket on January 2, 2019.  A copy of the docket of the State Court Action is attached hereto as Exhibit F.

6.  The Defendant files this Notice of Removal within thirty (30) days of service of the Complaint and less than one (1) year after commencement of the action pursuant to 28 U.S.C. § 1446(b).

7.  Venue is proper in this Court, pursuant to 28 U.S.C. § 1441(a), because it is the district court "for the district and division embracing the place where such action is pending."

8.  The Complaint alleges, among other causes of action, a cause of action for violations of the Federal Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.*

9.  This Court has original jurisdiction over the State Court Action, pursuant to 28 U.S.C. § 1331, because the FLSA claim arises under federal law thereby raising a federal question.

10. This Court has supplemental jurisdiction over the remaining causes of action in the State Court Action, under M.G.L. c. 149 §§ 148, 150 and M.G.L. c. 151 §§ 1, 20, pursuant to 28 U.S.C. § 1367 because they are so related to the FLSA claims that they form part of the same case or controversy.

11. In accordance with 28 U.S.C. § 1446(d), concurrently with the filing of this Notice of Removal, written notice of the filing of this Notice of Removal will be filed with the Clerk of the Norfolk County Superior Court.

12. Written notice of the filing of this Notice of Removal is being served on counsel to the Plaintiff on this date.

13. This Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure, as required by 28 U.S.C. § 1446(a).

14. Pursuant to Local Rule 81.1, within twenty-eight (28) days after filing of this Notice of Removal, the Defendant will file certified or attested copies of all records and proceedings in the State Court Action and a certified or attested copy of all docket entries in the State Court Action.

15. In submitting this Notice of Removal, the Defendant reserves all defenses to this action.

For the foregoing reasons, the Defendant hereby removes this action from Norfolk County Superior Court to the United States District Court for the District of Massachusetts, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, and Rule 81.1 of the Local Rules for the United States District Court for the District of Massachusetts.

P&D MANAGEMENT, LLC
D/B/A MCDONALD'S OF WALPOLE
By its attorneys,

/s/ Meghan C. Cooper
Rebecca J. Wilson, BBO # 529980
Meghan C. Cooper, BBO # 681418
PEABODY & ARNOLD LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
(617) 951-2100
rwilson@peabodyarnold.com
mcooper@peabodyarnold.com

Dated: March 19, 2019

## **CERTIFICATE OF SERVICE**

I, Meghan C. Cooper, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be mailed by First Class Mail to those indicated as non-registered participants on this 19th day of March, 2019.

Chetan Tiwari, Esq.
Tiwari Law
P.O. Box 190878
Roxbury, MA  02119

Hillary Schwab, Esq.
Fair Work, P.C.
192 South Street, Suite 450
Boston, MA 02111

*/s/ Meghan C. Cooper*
Meghan C. Cooper

1547641_1
15332-204275